**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARSHALL JON WOLF, sole proprietor, Flyaway Helmets,<br><br>Plaintiff,<br><br>v.<br><br>CONCRETE DISTRIBUTION, INC., a California corporation; CHRISTOPHER TERINS, an individual; DAN McCASHIN, an individual; LONNY HIRAMOTO, an individual; CINDY WHITEHEAD, an individual; and IAN LOGAN, an individual,<br><br>Defendants. | Case No. CV 21-7615-GW-PDx<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>The Honorable George H. Wu<br>Courtroom 9D<br><br>Complaint Filed September 23, 2021 |

**ORDER**

Pro se Plaintiff Marshall Jon Wolf and Defendants, Concrete Distribution, Inc., Christopher Terins, Dan McCashin, Lonny Hiramoto, Cindy Whitehead, and Ian Logan's stipulation to dismiss this action is approved. Accordingly, all claims in this action are dismissed with prejudice.

IT IS SO ORDERED.

Dated: December 9, 2021

_____
The Honorable George H. Wu
UNITED STATES DISTRICT JUDGE